GARY J. MAHON v. NEW JERSEY TRANSIT BUS
OPERATIONS, ET AL.

January 21, 1987.

Petition for certification denied. (See 212 *N.J.Super.* 28)


IDA BOCCELLA v. ATCO KNITTING MILLS.

January 21, 1987.

Petition for certification denied.


JOHN R̄. KEOUGH, JR. v. MARGARET J. KEOUGH.

January 21, 1987.

Petition for certification denied.